UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JEROD ROBY,

        Plaintiff,                                    Case No. 12-CV-10615

vs.                                           HON. MARK A. GOLDSMITH

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

## ORDER
## (1) ADOPTING THE RECOMMENDATION CONTAINED IN THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (DKT. 14) DATED JANUARY 14, 2013, (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DKT. 11), (3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DKT. 13), AND (4) AFFIRMING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY

This matter is presently before the Court on the Report and Recommendation (R&R) of

Magistrate Judge Mark A. Randon, issued on January 14, 2013.  (Dkt. 14.)  In the R&R, the

Magistrate Judge recommends that Plaintiff's motion for summary judgment (Dkt. 11) be denied,

Defendant's motion for summary judgment (Dkt. 13) be granted, and the decision of the

Commissioner be affirmed.

The parties have not filed objections to the R&R, and the time to do so has expired.  See

Fed. R. Civ. P. 72(b)(2).  The failure to file a timely objection to an R&R constitutes a waiver of

the right to further judicial review.  See Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not

appear that Congress intended to require district court review of a magistrate's factual or legal

conclusions, under a de novo or any other standard, when neither party objects to those

findings."); Smith v. Detroit Fed'n of Teachers, 829 F.2d 1370, 1373-4  (6th Cir. 1987) (failure

to file objection to R&R "waived subsequent review of the matter"); Cephas v. Nash, 328 F.3d

98, 1078 (2d Cir. 2003) ("As a rule, a party's failure to object to any purported error or omission in a magistrate judge's report waives further judicial review of the point."); <u>Lardie v. Birkett</u>, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) ("As to the parts of the report and recommendation to which no party has objected, the Court need not conduct a review by any standard.").  There is some authority that a district court is required to review the R&R for clear error, <u>see</u> Fed. R. Civ. P. 72 Advisory Committee Note Subdivision (b) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").  Therefore, the Court has reviewed the R&R for clear error.  On the face of the record, the Court finds no clear error and adopts the recommendation.

Accordingly, the Court denies Plaintiff's motion for summary judgment (Dkt. 11), grants Defendant's motion for summary judgment (Dkt. 13), and affirms the decision of the Commissioner of Social Security.

SO ORDERED.

Dated:  February 6, 2013          s/Mark A. Goldsmith
    Flint, Michigan              MARK A. GOLDSMITH
                                 United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 6, 2013.

                             s/Deborah J. Goltz
                             DEBORAH J. GOLTZ
                             Case Manager

2